**MING JI, ESQ (CSB #256696)**
**VIGOR LAW GROUP**
**777 North First Street, Suite 415**
**San Jose, CA 95112**
**Tel.: (408) 283-9299**
**Fax: (408) 283-9399**
**Email: mji@vigorlaw.com**

**Attorneys for Defendant and Counterclaimant: Kailin Yang**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

~~OAKLAND~~ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., SALEHA ALIMI, and ZARMINA ALIMI<br><br>　　　　　　　　Plaintiffs,<br><br>　V.<br><br>KAILIN YANG,<br><br>　　　　　　　　Defendant. | **Case No. C12 0352 LB**<br><br>**REQUEST FOR APPROVAL OF PHONE APPEARANCE**<br><br>ORDER<br><br>DATE: October 17, 2012<br>TIME: 10:30 a.m.<br>JUDGE: Hon. Laurel Beeler |

　　The undersigned, Defendant and Counterclaimant Kailin Yang's Counsel of record, hereby submits his request for approval of telephonic appearance for the case management conference on October 17, 2012.

　　The counsel's office is located in San Jose, California which is distant from the Court. Therefore, a telephonic appearance is necessary for the convenient of the counsel.

---

REQUEST FOR APPROVAL OF PHONE APPEARANCE　　　　　　　　　　　　　　1
C12 0352 LB

```
Dated: October 16, 2012            /s/Ming Ji
                                   _____
                                   MING JI, Esq.
                                   Attorneys for Defendant
                                   and Counterclaimant Kailin Yang
```

**ORDER**

The above REQUEST FOR APPROVAL OF PHONE APPEARANCE is approved. Counsel to make the necessary arrangements through CourtCall.

IT IS SO ORDERED.

Dated: October 16, 2012

_____
Laurel Beeler
United States Magistrate Judge