AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

U.S. of America ex rel., Saleha Alimi & Zarmina Alimi
                Plaintiff(s),

V.

KAILIN YANG
                Defendant(s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY
ORDER

CASE NUMBER: CV12 0352 LB

Notice is hereby given that, subject to approval by the court, **KAILIN YANG** substitutes
(Party(s) Name)

**STEPHEN M. SIROTA, ESQ.**, State Bar No. **98593** as counsel of record in
(Name of New Attorney)

place of **MING JI, ESQ.**
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: LAW OFFICES OF ALLAN R. FRUMKIN, INC.
    Address: 3180 CROW CANYON PLACE, SUITE 255, SAN RAMON, CA 94583
    Telephone: (925) 355-1555      Facsimile: (925) 355-0555
    E-Mail (Optional): SIROTALAW@YAHOO.COM

I consent to the above substitution.
Date: 12/14/2012
                (Signature of Party(s))

I consent to being substituted.
Date: 12/14/2012
                (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12/14/2012
                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 19, 2012
                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]