AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

U.S. of America ex rel., Saleha Alimi & Zarimina

Plaintiff (s),

V.

KAILIN YANG

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**
ORDER

CASE NUMBER: CV120352 LB

Notice is hereby given that, subject to approval by the court, __KAILIN YANG__ substitutes
(Party (s) Name)

__MOGEEB WEISS__, State Bar No. __236087__ as counsel of record in
(Name of New Attorney)

place of __KAILIN YANG__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: WEISS LAW, PC
Address: 799 Fletcher Lane Suite 202. Hayward, CA 94544
Telephone: (510) 581-1857       Facsimile (415) 413-4236
E-Mail (Optional): mweiss@wslawgroup.com

I consent to the above substitution.
Date: 1/4/2013

(Signature of Party (s))

I consent to being substituted.
Date: 1/4/2013

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/4/2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 8, 2013

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]