AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

U.S. of America ex rel., Saleha Alimi & Zamina Alimi
Plaintiff(s),

v.

KANG YANG
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV12 0352 LB

Notice is hereby given that, subject to approval by the court, __KAILAN YANG__ substitutes
(Party (s) Name)

__KAILAN YANG__, State Bar No. __PRO PER__ as counsel of record in
(Name of New Attorney)

place of __STEPHEN M. SIROTA, ESQ.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: KAILIN YANG
Address: 4331 WESTERLY COMMON, FREMONT, CA 94538
Telephone: (415) 793-8879    Facsimile: _____
E-Mail (Optional): _____

I consent to the above substitution.
Date: 12/26/2012
(Signature of Party (s))

I consent to being substituted.
Date: 12/26/2012
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 10, 2013
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]