IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALEHA ALIMI, | No. C 12-0352 LB |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| KAILIN YANG, | |
| Defendant. | |

IT IS HEREBY ORDERED that the above-captioned case is referred for the purpose of a Settlement Conference to a randomly-assigned Magistrate Judge to be conducted within the next ninety days. Counsel will be advised of the date, time and place of the conference by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED.**

Dated: May 20, 2013

LAUREL BEELER
United States District Judge