TOBENER LAW CENTER
JOSEPH S. TOBENER SBN: 203419
21 Masonic Avenue, Suite A
San Francisco, California 94118
Telephone: (415) 504-2165
Facsimile: (415) 418-3492

Attorney for PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SALEHA ALIMI, SALEHA ALIMI, and ZARMINA ALIMI, | ) Case No. CV12 0352 LB |
| | ) [~~PROPOSED~~] ORDER TO CONTINUE |
| Plaintiffs, | ) SETTLEMENT CONFERENCE DEADLINE |
| | ) |
| vs. | ) Complaint filed: Jan. 23, 2012 |
| | ) |
| KAILIN YANG, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| KAILIN YANG, | ) |
| | ) |
| Counter-claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| SALEHA ALIMI and ZARMINA ALIMI | ) |
| | ) |
| Counter-defendants. | ) |
| _____ | ) |

TO SALEHA ALIMI, ZARMINA ALIMI, THE UNITED STATES OF AMERICA, KAILIN YANG, AND THEIR ATTORNEYS OF RECORD:

The parties, having notified the Court that they are in the process of finalizing depositions, and for good cause shown, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED: The settlement

conference deadline, currently August 20, 2013, is hereby

continued for 60 days.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _July 19, 2013_      _____

LAUREL BEELER
United States Magistrate Judge